**Order entered November 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00130-CV

**KELLEY|WITHERSPOON, LLP, ET AL., Appellants**

**V.**

**ARMSTRONG INTERNATIONAL SERVICES, INC., Appellee**

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-11-01907-E**

## ORDER

We **GRANT** appellee's November 13, 2014 unopposed motion to file its cross-appellant's reply brief.  The cross-appellant's reply brief shall be filed by November 21, 2014.

/s/      ELIZABETH LANG-MIERS
JUSTICE